UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Minnesota Life Insurance Company,

Plaintiff,

v.

Emily S. Olson, Lynda N. Reynolds, Raven Fox, and Randall Seaver, Unites States Trustee,

Defendants.

**EX-PARTE ORDER APPOINTING GUARDIAN AD LITEM FOR RAVEN FOX**

Civil No. 00-2684 RHK/JMM

---

The above matter came before the undersigned upon Lynda N. Reynolds' Application for Ex-Parte Appointment of Guardian Ad Litem for Raven Fox.

The Court, being duly advised in the premises and upon all the files, records and proceedings herein now makes and enters the following Order:

**IT IS HEREBY ORDERED** that Lynda N. Reynolds shall be appointed as Guardian Ad Litem for the minor child, Raven Fox, for the purpose of accepting service of the Summons and Complaint, serving and filing an Answer, and recommending to the Court a person to be named as Trustee to whom the payment of the life insurance proceeds from the Minnesota Life Insurance Company for the minor child can be made and recommending the terms of the establishment of a trust for said minor child.

FILED APR 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

IT IS FURTHER ORDERED THAT Lynda N. Reynolds shall be paid from the proceeds of said insurance policy her reasonable attorney's fees and expenses for the above.

Dated: April 11, 2001

The Honorable John M. Mason
United States Magistrate Judge