UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MINNESOTA LIFE
INSURANCE COMPANY,

CIVIL NO. 00-2684 (RHK/JMM)

Plaintiff,

v.

ORDER

EMILY S. OLSON;
LYNDA N. REYNOLDS;
RAVEN FOX; and RANDALL
SEAVER, United States Trustee,

Defendants.

This matter is before the Court upon the Application of the Guardian Ad Litem for an Order for Judgment herein, pursuant to the terms thereof.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. No later than December 26, 2001, the Parties hereto shall file a Memorandum or other pleading showing cause, if any there be, why the District Court should not enter the Order Appointing Trustee and Approving Trust for Raven Fox as prayed for.

2. If by December 26, 2001, no Party has filed objection or otherwise shown cause why it should not do so, this Court will issue a Report and Recommendation to the District Court that it enter said Order, and cause Judgment to be entered thereon.

Dated: December 17, 2001

JOHN M. MASON
United States Magistrate Judge

FILED DEC 18 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______