UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MINNESOTA LIFE
INSURANCE COMPANY,

Plaintiff,

CIVIL NO. 00-2684 (RHK/JMM)

v.

ORDER

EMILY S. OLSON;
LYNDA N. REYNOLDS;
RAVEN FOX; and RANDALL
SEAVER, United States Trustee,

Defendants.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge John M. Mason dated January 2, 2002. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that the attached Order Appointing Trustee and Approving Trust for Raven Fox, and directing Judgment, is entered in the form proposed by said Guardian ad Litem.

Dated: 1/24/02

RICHARD H. KYLE
United States District Judge

JAN 24 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK