**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Minnesota Life Insurance Company,

Plaintiff,

v.

Emily S. Olson, Lynda N. Reynolds, Raven Fox, Randall Seaver, United States Trustee,

Defendants.

Court File No. 00-2684 RHK/JMM

**STIPULATION OF DISMISSAL WITH PREJUDICE** AND ORDER

The parties, through counsel, agree to dismiss this matter with prejudice and without costs to the parties.

**KRASS MONROE, P.A.**

John Harper III (ID No. 41397)
Terrance J. Wagener (ID No. 213676)
1650 West 82nd Street, Suite 1100
Bloomington, MN 55431
Telephone: (952) 885-5999
Attorneys for Plaintiff
Dated: May 17, 2002.
**Attorney for Plaintiff**

**FULLER SEAVER & RAMETTE PA**

Randall L. Seaver
Suite 201, Parkway Place
101 West Burnsville Parkway
Burnsville, MN 55337

Dated: May ___, 2002.
**Attorneys for Defendant Randall L. Seaver, Trustee for Bankruptcy estate of Emily S. Olson**

**SIVERTSON AND BARRETTE**

Michelle M. Barrette 6/4/02
The Barrister Building
1465 Arcade Street
St. Paul, MN 55106
**Attorney for Defendants Emily S. Olson and Linda S. Reynolds, individually, and as guardian ad litem to Raven Fox**

FILED SEP 1 0 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**ORDER**

The Court having considered the foregoing stipulation of the parties, hereby orders that this case be dismissed with prejudice, on the merits, without costs to any party.

DATED ~~May~~ 9/ 10, 2002.

Richard H. Kyle
Judge of Federal District Court

G:\WPDATA\M\MN LIFE INSURANCE\007 - OLSON\PLD\STIPDISMISSALPREJ.DOC